# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VINCENT HAYES, | 1:07-cv-01854 AWI DLB HC |
| Petitioner, | ORDER GRANTING PETITIONER'S MOTION FOR VOLUNTARY DISMISSAL OF ACTION AND DIRECTING CLERK OF COURT TO TERMINATE ACTION |
| v. | |
| YOUNGBLOOD, et.al., | [Doc. 7] |
| Respondent. | |

Petitioner is a federal prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.

Petitioner filed the instant petition for writ of habeas corpus on December 20, 2007. (Court Doc. 1.) On January 10, 2008, the Court directed Respondent to file a response to the petition. (Court Doc. 5.)

On January 24, 2008, Petitioner filed a motion to dismiss the instant petition because the United States Parole Commission has given him an expedited revocation hearing and the pursuit of the instant petition would result in a waste of the court's time. (Court Doc. 7.)

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, "an action may be dismissed by the [Petitioner] without order of court by filing a notice of dismissal at any time before service by the adverse party of an answer or of a motion for summary judgment, whichever first occurs, or (ii) by filing a stipulation of dismissal signed by all parties who have appeared in the action. Unless otherwise stated in the notice of dismissal or stipulation, the

1  dismissal is without prejudice, . . . ." Pursuant to Rule 11 of the Rules Governing Section 2254
2  Cases, the "Federal Rules of Civil Procedure, to the extent that they are not inconsistent with
3  these rules, may be applied, when appropriate, to petitions filed under these rules."
4      At this time, although Respondent has been directed to file a response to the petition, the
5  answer is not yet due and has not been filed. Accordingly, IT IS ORDERED that the petition BE
6  DISMISSED without prejudice.

8  IT IS SO ORDERED.
9  **Dated:     February 2, 2008**                   /s/ Anthony W. Ishii
                                                  UNITED STATES DISTRICT JUDGE